UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br>    Plaintiff,<br>  vs.<br>U.S. GOVERNMENT, et al.,<br>    Defendants. | NO. CV-06-0333-JLQ<br><br>ORDER OF DISMISSAL |

*Pro se* Plaintiff John William Wallace filed a complaint on November 27, 2006. (Ct. Rec. 4). On December 15, 2006, the court entered an Order to Amend Complaint (Ct. Rec. 5), directing Plaintiff within sixty (60) days to either file an amended complaint in compliance with the Federal Rules of Civil Procedure 8 including sufficient facts to establish subject matter-jurisdiction, or file an amended habeas corpus petition complying with the requirements of 28 U.S.C. § 2254.  Mr. Wallace was warned that failure to amend within sixty (60) was grounds for dismissal.  Plaintiff has not filed an amended pleading.  Accordingly, **IT IS ORDERED** that the above-entitled action be **DISMISSED without prejudice.**

**IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and Judgment, forward a copy to Plaintiff and the office of the United States Attorney of this district, and close this file.

**DATED** this 20th day of February 2007.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1