## UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN WILLIAM WALLACE,

                Plaintiff,

         v.

U.S. GOVERNMENT, ET AL.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-333-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action be DISMISSED WITHOUT PREJUDICE.

2/22/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante